**Orlando FOREMAN, Petitioner–Appellant,**

v.

**Timothy S. STEWART, Warden; U.S. Parole Commission, Respondents–Appellees.**

**No. 14–6371.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2014.

Decided: June 23, 2014.

Orlando Foreman, Appellant Pro Se. Jakarra Jenise Jones, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Foreman, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Foreman v. Stewart,* No. 8:13–cv–01377–DKC, 2014 WL 722300 (D.Md. Feb. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*